# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Yessenia Casillas** | CASE INFORMATION: |
| JUVENILE: No | RELATED COMPLAINT: No |
| PUBLIC or SEALED: Public | CASE NUMBER: |
| SERVICE TYPE: Warrant (Summons/ Warrant/ Notice) | CR 24-0132-S BLW |
| ISSUE: Yes | County of Offense: **Ada** |
| INTERPRETER: Yes | |
| If YES, language: Spanish | |

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

Felony: **Yes**
Class A Misdemeanor: **No**
Class B or C Misdemeanor: **No**
(Petty Offense)

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 1344 | ONE | Bank Fraud | Up to 30 years imprisonment, no more than 5 years supervised release, up to a $1,000,000 fine, $100 special assessment |
| 18 U.S.C. § 981(a)(1)(C)/ 28 U.S.C. § 2461(c) | FORFEITURE ALLEGATION | Fraud Forfeiture | Forfeiture of listed property |

Date: 14 May 2024

Assistant U.S. Attorney: BRITTNEY CAMPBELL
Telephone No.: (208) 334-1211

U.S. COURTS

MAY 14 2024

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO